JS - 6

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 10 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN - 9 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| KIMBERLY MARIE PACE-WHITE, | Case No. EDCV 14-01101 AN |
| Petitioner, | JUDGMENT |
| v. | |
| UNITED STATES MILITARY ARMY NATIONAL DEFENSE, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order.

DATED: June 9, 2014

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE